**AMERICAN MARINE INSURANCE GROUP, Plaintiff–Appellant,**

**v.**

**NEPTUNIA INSURANCE COMPANY, Defendant–Appellee.**

**No. 1318, Docket 91–9306.**

United States Court of Appeals, Second Circuit.

Argued April 7, 1992.

Decided April 9, 1992.

Harry A. Gavalas, New York City (William M. Cassarini, Chalos, English & Brown, of counsel) for plaintiff-appellant.

Thomas S. Howard, Hackensack, N.J. (Holly B. Tashjian, Kirsch, Gartenberg & Howard, of counsel) for defendant-appellee.

Before: FEINBERG, WINTER, and ALTIMARI, Circuit Judges.

PER CURIAM:

We affirm for substantially the reasons set forth in the Opinion and Order of the District Court in *American Marine Insurance Group v. Neptunia Insurance Co.,* 775 F.Supp. 703 (S.D.N.Y.1991).